FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 7 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFF SILVESTER; BRANDON COMBS; THE CALGUNS FOUNDATION, INC., a non-profit organization; THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity, <br><br> Defendant - Appellant. | No.   14-16840 <br><br> D.C. No. 1:11-cv-02137-AWI-SKO Eastern District of California, Fresno <br><br><br> ORDER |

Before: THOMAS, Chief Judge, and SCHROEDER and NGUYEN, Circuit Judges.

Defendant-Appellant's motion to take judicial notice is DENIED.