FILED

APR 4 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFF SILVESTER; BRANDON COMBS; THE CALGUNS FOUNDATION, INC., a non-profit organization; THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity,<br><br>Defendant - Appellant. | No. 14-16840<br><br>D.C. No. 1:11-cv-02137-AWI-SKO<br>Eastern District of California, Fresno<br><br>ORDER |

Before: THOMAS, Chief Judge, and SCHROEDER and NGUYEN, Circuit Judges.

The panel has voted to deny Plaintiffs-Appellees' petition for panel rehearing. Judges Thomas and Nguyen have voted to deny the petition for rehearing en banc, and Judge Schroeder has so recommended.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Plaintiffs-Appellees' petition for panel rehearing and petition for rehearing en banc are denied. Further petitions for rehearing and rehearing en banc shall not be entertained.